IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMO HARRIS BANK N.A., | |
| Plaintiff, | Case No. 20-cv-05642 |
| v. | |
| JERRY LUMPKINS, | |
| Defendant. | |

**BMO HARRIS BANK N.A.'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff BMO Harris Bank N.A. ("BMO") furnishes the following information in compliance with Fed. R. Civ. P. 7.1 and L.R. 3.2:

1. BMO Harris Bank N.A. is a chartered U.S. National Bank and maintains a principal place of business in Chicago, IL.

2. BMO Harris Bank N.A. is wholly owned by BMO Financial Corp., a Delaware holding company that is not publicly traded.

3. BMO Financial Corp. is wholly owned by the Bank of Montreal, Toronto, Canada.

4. Bank of Montreal indirectly owns 10% or more of BMO Harris Bank N.A. (f/k/a Harris N.A.).

Dated: September 23, 2020                                    Respectfully submitted,

Jason B. Hirsh (ARDC No. 6283094)               **BMO HARRIS BANK N.A.**
George J. Spathis (ARDC No. 6204509)
LEVENFELD PEARLSTEIN, LLC                     By:     */s/ Jason B. Hirsh*
2 North LaSalle Street, Suite 1300                                  One of Its Attorneys
Chicago, Illinois 60602
(312) 346-8380 – Telephone
(312) 346-8434 – Facsimile
jhirsh@lplegal.com
gspathis@lplegal.com
*Attorneys for Plaintiff*

LP 16479804.2 \ 28833-124033